UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH NOGLE, an individual, | |
| Plaintiff, | 2:10-cv-1092-KJD-RJJ |
| vs. | |
| FISERV HEALTH PLAN ADMINISTRATORS, INC., *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on February 18, 2011, and April 8, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  21st  day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge