MICHAEL V. INFUSO (Nevada Bar No. 7388)
minfuso@greeneinfusolaw.com
ZACHARY P. TAKOS (Nevada Bar No. 11293)
ztakos@greeneinfusolaw.com
GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401

CRAIG L. CAESAR (admitted Pro Hac Vice)
ccaesar@bakerdonelson.com
ERROL J. KING (admitted Pro Hac Vice)
eking@bakerdonelson.com
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-8616
Facsimile: (504) 585-6916

*Attorneys for Defendant*
*BEECH STREET CORPORATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH NOGLE, | Case No. 2:10-cv-01092-KJD-RJJ |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BEECH STREET CORPORATION, DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE RE: PLAINTIFF'S SECOND CAUSE OF ACTION**

NOW INTO COURT, through undersigned counsel, come plaintiff, Kenneth Nogle ("Plaintiff"), and defendant Beech Street Corporation ("Beech Street"),[1] pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal with prejudice of

---

[1] Defendant FiServ Health Plan Administrators, Inc., is no longer a party to this case, the Court having approved Plaintiff's Stipulation to Dismiss on August 31, 2010 [Dkt. No. 8].

1

1  the Second Cause of Action (Breach of Implied Covenant of Good Faith and Fair Dealing/Bad
2  Faith) brought by Plaintiff against Beech Street with each party to bear their own costs and
3  attorneys fees.
4  DATED this 13th of June, 2012.

Respectfully submitted,

MATTHEW L. SHARP, LTD.

By: /s/ Matthew L. Sharp
Matthew L. Sharp (Nevada Bar No. 4746)
432 Ridge Street
Reno, NV 89501
Attorneys for Plaintiff,
KENNETH NOGLE

GREENE INFUSO, LLP

By: /s/ Michael V. Infuso
Michael V. Infuso (Nevada Bar No. 7388)
Zachary P. Takos (Nevada Bar No. 11293)
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
Attorneys for Defendant,
BEECH STREET CORPORATION

and

CRAIG L. CAESAR (State Bar No. 24056970)
(admitted Pro Hac Vice)
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

ORDER

IT IS SO ORDERED.

Dated: June 15, 2012.

Hon. KENT J. DAWSON
United States District Judge

GREENE INFUSO, LLP
3030 SOUTH JONES BOULEVARD, SUITE 101
LAS VEGAS, NV 89146
(702) 570-6000

2

Case 2:10-cv-01092-KJD -GWF   Document 69   Filed 06/13/12   Page 3 of 3

GREENE INFUSO, LLP
3030 SOUTH JONES BOULEVARD, SUITE 101
LAS VEGAS, NV 89146
(702) 570-6000

## CERTIFICATE OF SERVICE

I certify that I am an employee of Greene Infuso, LLP, and that on this 13 day of June, 2012, I caused to be sent via United States Mail, postage prepaid, a true and correct copy of the above and foregoing **JOINT STIPULATION OF DISMISSAL** properly addressed to the following:

William S. Cummings
Friedman Rubin
1126 Highland Avenue
Bremerton, WA 98337

Matthew L. Sharp
Matthew L. Sharp, Ltd.
432 Ridge St.
Reno, NV 89501

Billie-Marie Morrison
Craig P. Kenny & Associates
723 South Seventh Street
Las Vegas, NV 89101

Gerald I. Gillock
Antonia C. Killebrew
Gillock Markley & Killebrew, PC
428 South Fourth Street
Las Vegas, NV 89101

_____
An Employee of Greene Infuso, LLP

3